IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA L. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:11-cv-01018 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Teresa L. Harris's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed along with a supportive brief (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 17), to which Plaintiff filed a Reply (Doc. No. 18). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion should be denied (Doc. No. 19 at 15). The Report was filed on August 6, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___27th___ day of August, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT